UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MICHAEL ALEXANDER BARTON,

                Plaintiff,

    -against-                                        23 **CIVIL** 5827 (LGS)

## **JUDGMENT**

DARCEL CLARK, et al.,

                Defendants.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2023, the Complaint is dismissed for failure to state a claim on which relief may be granted, for seeking monetary relief against a defendant who is immune from such relief, and as legally frivolous. See 28 U.S.C. § 1915A(b)(1), (2). Any claims brought on behalf of Divine Freedom Ministries are dismissed without prejudice. The Court declines to exercise supplemental jurisdiction over any state law claims. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accord Lastra v. City of New York, No. 16 Civ. 3088, 2018 WL 3207152, at *1 (S.D.N.Y. June 18, 2018).

**Dated:** New York, New York

      October 20, 2023

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court

                          **BY:**      _[signature]_
                                                            Deputy Clerk